## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Ramon Reyes, Jr.                    DATE :   4/11/2023

DOCKET NUMBER:   23-CR-152 (HG)                         LOG # :   2;56-3;11

DEFENDANT'S NAME :         Rashawn Russell
        _X_ Present     ____ Not Present     ____ Custody    _X_ Bail

DEFENSE COUNSEL:   Karume James – appointed by the Court.
        _X_ Federal Defender     ___ CJA          ___ Retained

A.U.S.A:  Drew Rolle                    CLERK:   SM Yuen

Court Reporter :                         (Language)

_X_   Defendant arraigned on the: _X_  indictment ___ superseding indictment ___ probation violation

_X_   Defendant pleads NOT GUILTY to ALL counts.

_X_   Rule 5f Order read into the record.

___   BAIL HEARING Held.      _X_   Defendant's first appearance.

   _X_   Bond set at  $200,000  on consent    Defendant _X_ released ___ held pending satisfaction of bond conditions.

   _X_   Defendant advised of bond conditions set by the Court and signed the bond.

   _2_   Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___   (Additional) surety/ies to co-sign bond by _____

   ___   After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued.   Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_   Order of Excludable Delay/Speedy Trial entered.   Start  4/11   Stop  5/9/2023

___   Medical memo issued.

___   Defendant failed to appear; bench warrant issued.

_X_   Status conference set for  5/9/2023  @  2PM   before Judge Gonzalez

Other Rulings :