UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -against-                                         ORDER

RASHAWN RUSSELL                       23-CR-152 (HG)

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY ORDERED that the status conference set for August 16, 2023 at 2:00 PM is continued until September 27, 2023 at 2:00PM.

IT IS FURTHER ORDERED that the time between August 16, 2023 and September 27, 2023 is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).   The Court finds that this exclusion of time serves the ends of justice and outweigh the interests of the public and the defendant in a speedy trial to permit the defense to: (a) review discovery; (b) investigate the evidence and possible defenses; and (c) engage in plea negotiations with the Government.


SO ORDERED.
DATE: August 14, 2023

       */s/ Hector Gonzalez*
THE HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK